BART K. LARSEN, ESQ.
Nevada Bar No. 008538
NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 011187
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    blarsen@klnevada.com
           nlovelock@klnevada.com

Attorneys for Defendant Family and
Child Treatment of Southern Nevada

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN CARTER,<br><br>           Plaintiff,<br><br>vs.<br><br>FAMILY AND CHILD TREATMENT OF SOUTHERN NEVADA,<br><br>           Defendant. | Case No.: 2:04-cv-0409-KJD-RJJ<br><br>**STIPULATION AND ORDER** |

PLAINTIFF JONATHAN CARTER ("Plaintiff"), through his attorney, Kirk T. Kennedy, Esq., and Defendant FAMILY AND CHILD TREATMENT OF SOUTHERN NEVADA ("Defendant"), through its attorney, Bart K. Larsen, Esq. of the law firm Kolesar & Leatham, Chtd., do hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1.     That Defendant's pending Motion for Fees and Costs Pursuant to FRCP 54(D)(2) filed August 30, 2010, (Docket No. 97), shall be withdrawn.

DATED: September 17, 2010.      DATED: September 17, 2010.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No. 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101

Attorneys for Plaintiff
Jonathan Carter.

KOLESAR & LEATHAM, CHTD.

/s/Bart K. Larsen
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 011187
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Defendant
Family and Child Treatment Center of Southern Nevada

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant's pending Motion for Fees and Costs Pursuant to FRCP 54(D)(2) filed August 30, 2010, (Docket No. 97), shall be withdrawn.

DATED: September 30, 2010

_____
~~U.S. DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Submitted by:

KOLESAR & LEATHAM, CHTD.

/s/Bart K. Larsen
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 011187
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

Attorneys for Defendant
Family and Child Treatment
of Southern Nevada